GEORGE W. GOETZ, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Goetz* v. *State of New York*, 90 App. Div. 616, affirmed.
(Argued June 15, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1904, affirming a judgment in favor of plaintiff entered upon an award of the Court of Claims.

*George L. Lewis* for appellant.

*Julius M. Mayer,* Attorney-General (*James G. Graham* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.